| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David P. Beitchman, Esq. (State Bar No.195953)<br>Rouben Varozian, Esq. (State Bar No. 258366)<br>BEITCHMAN & ZEKIAN, PC<br>16130 Ventura Blvd., Suite 570<br>Encino, CA 91436<br>rvarozian@bzlegal.com<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Ilan Asher | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br>   Barry Fischer | **CHAPTER:** 7<br><br>CASE NO.: 2:05-bk-47011-VZ |
| <div align="right">Debtor(s).</div> | DATE: 10/26/10<br>TIME: 9:30 a.m.<br>CTRM: 1368<br>FLOOR: |

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (with supporting declarations)
### (MOVANT:  ILAN ASHER                                    )
### (Action in Non-bankruptcy Forum)

1.   NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any)("Responding parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2.   **Hearing Location:**   ☒ **255 East Temple Street, Los Angeles**       ☐ **411 West Fourth Street, Santa Ana**
                             ☐ **21041 Burbank Boulevard, Woodland Hills**   ☐ **1415 State Street, Santa Barbara**
                             ☐ **3420 Twelfth Street, Riverside**

3.   a.  ☒  This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and must appear at the hearing of this Motion.

     b.  ☐  This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:

          ☐ at the hearing       ☐ at least _____ court days before the hearing.

     (1)  ☐  A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

     (2)  ☐  A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.

     (3)  ☐  A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time, and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4.   You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

<div align="center">*(Continued on next page)*</div>

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                           **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* 51___    **F 4001-1M.NA**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Barry Fischer | | CASE NO.: 2:05-bk-47011-VZ |
| | Debtor(s). | |

5.    If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 9/17/10

Beitchman & Zekian, PC
_____
*Print Law Firm Name (if applicable)*

David P. Beitchman                                                          /s/ David P. Beitchman
_____          _____
*Print Name of Individual Movant or Attorney for Movant*          *Signature of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Barry Fischer | | CASE NO.: 2:05-bk-47011-VZ |
| | Debtor(s). | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### (MOVANT: ILAN ASHER                          )

1. **The Non-bankruptcy Action:** Movant moves for relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to the following pending lawsuit or administrative proceeding (the "Non-bankruptcy Action") in a non-bankruptcy forum:

   Case name: Ilan Asher v. Barry Fischer, et al
   Docket number: BC430364
   Court or agency where pending: Los Angeles Superior Court (Central District) 111 N. Hill St. Los Angeles, CA 90012

2. **Case History:**
   a. ☒ A voluntary  ☐ An involuntary   petition under Chapter   ☒ 7  ☐ 11  ☐ 12  ☐ 13
      was filed on *(specify date):*
   b. ☐ An Order of Conversion to Chapter   ☐ 7  ☐ 11  ☐ 12  ☐ 13
      was entered on *(specify date):*
   c. ☐ Plan was confirmed on *(specify date):*
   d. ☐ Other bankruptcy cases affecting this action have been pending within the past two years. See attached Declarations.
   e. For additional case history, see attached continuation page.

3. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Non-bankruptcy Action to final judgment in the non-bankruptcy forum for the following reasons:
   a. ☐ The bankruptcy case was filed in bad faith specifically to delay, hinder or interfere with prosecution of the Non-bankruptcy Action.
   b. ☐ The claim is insured. Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor(s) or estate property.
   c. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   d. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   e. ☒ The claims are non-dischargeable in nature and can be most expeditiously resolved in the non-bankruptcy forum.
   f. ☒ The claims at issue arise under non-bankruptcy law and can be most expeditiously resolved in the non-bankruptcy forum.
   g. ☐ Other reasons to allow the Non-bankruptcy Action to proceed are set forth in an attached Declaration.

4. ☒ Movant also seeks annulment of the stay so that filing of the bankruptcy petition does not affect any and all of the enforcement actions that were taken after the filing of the bankruptcy petition in this case, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*
   a. ☒ Movant submits the attached Declaration(s) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.
   b. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                              **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of 51*    **F 4001-1M.NA**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Barry Fischer | | |
| | Debtor(s). | CASE NO.: 2:05-bk-47011-VZ |

c.   ☐   Other evidence *(specify)*:

6.   ☐   **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order granting the following:**

1.   Relief from the stay to Movant (and its successors and assigns, if any) *(check boxes re all applicable relief requested)*:
   a.   ☒   Terminating the stay as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b.   ☒   Annulling the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).
   c.   ☐   Modifying or conditioning the stay as set forth in the attached continuation page:

2.   Allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to proceed to final judgment in the non-bankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against Debtor(s) or estate property.

3.   ☒   Additional provisions requested:
   a.   ☒   That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b.   ☒   That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.
   c.   ☐   That the Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.
   d.   ☐   For other relief requested, see attached continuation page.

4.   If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: 9/15/10                                    Respectfully submitted,

                                                 ILAN ASHER
                                                 *Movant Name*


                                                 Beitchman & Zeklan, PC
                                                 *Firm Name of Attorney for Movant (if applicable)*

                                        By:              /s/ David P. Beitchman
                                                 *Signature*


                                        Name:    David P. Beitchman
                                                 *Typed Name of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                      **F 4001-1M.NA**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Barry Fischer | | |
| | Debtor(s). | CASE NO.: 2:05-bk-47011-VZ |

## DECLARATION RE ACTION IN NON-BANKRUPTCY FORUM
## (MOVANT: ILAN ASHER_____)

I, David P. Beitchman_____, declare as follows:
     *(Print Name of Declarant)*

1.   I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.  I am over 18 years of age.  I have knowledge regarding the state court lawsuit, administrative proceeding, or other action in a non-bankruptcy forum ("Non-bankruptcy Action") that is the subject of this Motion because:

     a.   ☐ I am the Movant.

     b.   ☒ I am the Movant's attorney of record in the Non-bankruptcy Action.

     c.   ☐ I am employed by the Movant as *(state title and capacity)*:

     d.   ☐ Other *(specify)*:

2.   I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Non-bankruptcy Action.  I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate.  Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.  The business records are available for inspection and copies can be submitted to the Court if required.

3.   The Non-bankruptcy Action at issue is currently pending as:

     Case name: Ilan Asher v. Barry Fischer, et al
     Docket number:BC430364
     Court or agency where pending: Los Angeles Superior Court (Central District) 111 N. Hill St. Los Angeles, CA 90012

4.   **Procedural Status:**

     a.   The causes of action pleaded in the non-bankruptcy forum are *(list)*:
          Slander of Title and Abuse of Process

          True and correct copies of the pleadings filed before the non-bankruptcy forum are attached hereto as Exhibit A_____.

     b.   The Non-bankruptcy Action was filed on *(specify date)*:1/25/10

     c.   Trial or hearing began/is scheduled to begin on *(specify date)*:

     d.   The trial or hearing is estimated to require the following number of court days *(specify)*:3-5 Days

     e.   Other defendants to the Non-bankruptcy Action are *(specify)*:Law Offices of Barry Fischer

5.   **Grounds for relief from stay:**
     a.   ☐ The claim is insured.  The insurance carrier and policy number are *(specify)*:

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                    **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 6 of 51* __     **F 4001-1M.NA**

| In re<br>Barry Fischer | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:05-bk-47011-VZ |

b.  ☒  The matter can be tried more expeditiously in the non-bankruptcy forum.

(1)  ☐  It is currently set for trial on:

(2)  ☒  It is in advanced stages of discovery and Movant believes that it will be set for trial by *(specify date)*:
The basis for this belief is *(specify)*:
Defendant/Debtor filed a demurrer in the non-bankruptcy case but after it was overruled, he filed a Notice of Stay (see Exhibit B).  A case management conference and hearing re bankruptcy is scheduled for 10/4/2010.

(3)  ☐  The matter involves non-debtor parties who are not subject to suit in the bankruptcy court.  A single trial in the non-bankruptcy forum is the most efficient use of judicial resources.

c.  ☐  The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Non-bankruptcy Action.

(1)  ☐  Movant is the only creditor (or the only substantial creditor) scheduled by the Debtor(s).

(2)  ☐  The timing of the petition filing shows that it was intended to delay or interfere with the Non-bankruptcy Action based upon the following facts *(specify)*:

(3)  ☐  Debtor(s) does(do) not have a reasonable likelihood of reorganizing in this Chapter ☐ 11 ☐ 13   bankruptcy case based upon the following facts *(specify)*:

d.  ☐  For other facts justifying relief from stay, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on** _September_____, _17___, at _Encino_____ *(city, state)*.


| David P. Beitchman | /s/ David P. Beitchman |
|---|---|
| *Print Declarant's Name* | *Signature of Declarant* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                     **F 4001-1M.NA**

# EXHIBIT A

David P. Beitchman, SBN 198953
Michelle Seañez, SBN 241945
BEITCHMAN & ZEKIAN, P.C.
16130 Ventura Blvd. Suite 570
Encino, CA 91436
Telephone: (818) 986-9100
Facsimile: (818) 986-9119

Attorneys for Plaintiffs, Oded Cohen and Ilan Asher

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 2 5 2010

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## LOS ANGELES COUNTY – CENTRAL DISTRICT

ILAN ASHER, an individual; and ODED
COHEN, an individual

               Plaintiffs,

               v.

BARRY FISCHER, an individual; LAW
OFFICES OF BARRY FISCHER, business
entity form unknown; and Does 1 through 20,
inclusive,

               Defendants.

Case No.:

BC 430364

**PLAINTIFFS' COMPLAINT FOR:**

1. **Slander of Title; and**
2. **Abuse of Process**

    For causes of action against Defendants, and each of them, Plaintiffs, ILAN ASHER ("ASHER") and ODED COHEN ("COHEN") allege as follows:

### THE PARTIES

    1.    Plaintiff, ILAN ASHER, is and at all times mentioned herein was, an individual domiciled and residing in the country of Israel, who engages in business in the State of California, county of Los Angeles.

    2.    Plaintiff, ODED COHEN, is and, at all times mentioned herein, was an individual residing in the State of California, County of Los Angeles.

1    3.    Plaintiffs are informed, believe and thereon allege Defendant, BARRY FISCHER

2  ("FISCHER"), is an individual residing in the State of California, County of Los Angeles and, on

3  further information and belief, is an attorney licensed by, and practicing in, the State of

4  California and a principal and owner of LAW OFFICES OF BARRY FISCHER.

5    4.    Plaintiffs are informed, believe, and thereon allege Defendant LAW OFFICES OF

6  BARRY FISCHER ("LOBF") is a California business entity, form unknown, which is, and at all

7  times herein mentioned was, doing business in the State of California County of Los Angeles.

8    5.    Defendants, Does 1 through 20, inclusive, are sued in this complaint under

9  fictitious names.  Their true names and capacities are unknown to Plaintiffs.  When their true

10  names and capacities are ascertained, Plaintiffs will amend this Complaint by inserting their true

11  names and capacities herein.  Plaintiffs are informed, believe and thereon allege that each of the

12  fictitiously named defendants are responsible in some manner for the occurrences alleged in this

13  complaint, and that Plaintiff's damages as alleged herein were proximately caused by each such

14  Defendant.

15    6.    Plaintiffs are informed, believe and thereon allege that at all times herein

16  mentioned, Defendant FISCHER was and is the alter ego of the entity Defendant LOBF, and that

17  at all times herein mentioned there existed such a unity of interest in ownership between

18  Defendant FISCHER and Defendant LOBF that any separateness has ceased to exist between

19  them because (i) Defendant FISCHER and Defendant LOBF have commingled and used the

20  assets of the other for their own benefit and have caused the assets of said entities to be

21  transferred to them without adequate consideration; and (ii) Defendant FISCHER has exercised

22  complete dominion and control over Defendant LOBF and its properties, such that the foregoing

23  entities are mere shells and instrumentalities for the conduct of the personal business and

24  activities of Defendant FISCHER.  Adherence to the fiction of a separate existence of Defendant

25  LOBF would sanction fraud and permit an abuse of the legal benefits of true limited liability

26  companies.

27  ///

28  ///

## FACTUAL ALLEGATIONS

7.    Plaintiffs ASHER and COHEN are, and at all times relevant herein were, the lawful owners of the real property listed as follows (hereinafter "Subject Properties" collectively):

        a.    145 E. 35th Street, Los Angeles, California, 90011, APN number 5120-006-007;

        b.    135 E. 35th Street, Los Angeles, California, 90011, APN number 5120-006-008;

        c.    112 E. 35th Street, Los Angeles, California, 90011, APN number 5120-008-005;

        d.    3400 S. Main Street, Los Angeles, California, 90007, APN number 5120-006-016;

        e.    3500 S. Main Street, Los Angeles, California, 90007, APN number 5120-008-001;

        f.    Property with a legal description that cannot be ascertained from public records, but with the APN number of 5120-008-002;

        g.    Property with a legal description that cannot be ascertained from public records, but with the APN number of 5120-008-006;

        h.    Property with a legal description that cannot be ascertained from public records, but with the APN number of 5120-008-007; and

        i.    702 N. Crescent Drive, Beverly Hills, California, 90210, APN number 4344-003-001.

8.    On or about May 19, 2003 Meir Asher, ILAN ASHER'S brother filed a Petition for Marital Dissolution from his wife Sigalit Asher ("Dissolution Action").

9.    Defendants FISCHER and LAW OFFICES OF BARRY FISCHER represent Mrs. Asher in connection with the Dissolution Action.

10.    On or about October 23, 2006, and unbeknownst to ASHER or COHEN, FISCHER and THE LAW OFFICES OF BARRY FISCHER unilaterally and without leave of

1  court altered the caption of the Dissolution Action by inverting the caption so as to list

2  Respondent Sigalit Cohen as the Petitioner and named Meir Asher as the Respondent as well as

3  adding "aka Ilan Asher Meir" to the caption, in essence making ILAN ASHER a "defendant" in

4  an action he was not a part of.

5      11.    Defendants, and each of them engaged in this conduct without the Court's

6  consent, without legal entitlement to do so, and without filing or arguing any law and motion in

7  support thereof.

8      12.    This blatant attempt to confuse the court and rope ASHER into an marital

9  dissolution action in which he was originally not named as a party was done for the sole purpose

10 of justifying the filing of Notices of Lis Pendens Action on each of the nine (9) properties listed

11 above in Paragraph 7, thus clouding the title of each of the properties, despite the known fact that

12 neither parties in the Dissolution Action are owners of any of the properties.

13     13.    At no time was ASHER and/or COHEN give notice or served with any of the

14 Notices of Lis Pendens Action filed by FISCHER and THE LAW OFFICES OF BARRY

15 FISCHER as required by statute.

16     14.    Unaware of the encumbrance placed upon their properties by FISCHER and THE

17 LAW OFFICES OF BARRY FISCHER, ASHER and COHEN entered into a listing agreement

18 in order to list their properties named above for lease and/or sale.

19     15.    ASHER and COHEN also entered discussions with Chinatrust Bank in order to

20 obtain a line of credit against their property located at 3400 South Main Street, Los Angeles,

21 California.

22     16.    On or about February 4, 2008, ASHER and COHEN received a Letter of Intent to

23 Purchase the properties at 3400 South Main Street, 3500 South Main Street, 112 E. 35th Street,

24 135 E. 35th Street, and 145 E. 35th Street in Los Angeles, California.

25     17.    It was during this time that ASHER and COHEN became aware of the Lis

26 Pendens filed by FISCHER and THE LAW OFFICES OF BARRY FISCHER against each

27 property.

28

---

**PLAINTIFFS' COMPLAINT**

4

1        18.     In an effort to salvage their property sale, as well as the refinancing of the other

2   properties, ASHER and COHEN, by and through counsel, contacted FISCHER and requested

3   that the Lis Pendens be removed based on the fact that:

4                a.     Neither ASHER nor COHEN are parties to the Dissolution Action;

5                b.     Neither Meir Asher nor Sigalet Asher were owners of the properties; and

6                c.     The Notices of Lis Pendens were invalid and void as FISCHER and THE

7   LAW OFFICES OF BARRY FISCHER failed to meet any of the statutory filing and/or service

8   requirements in connection thereto.

9        19.     Despite the foregoing, FISCHER and THE LAW OFFICES OF BARRY

10   FISCHER refused to remove the Lis Pendens from the above properties resulting in ASHER and

11   COHEN having to retain counsel to file Motions to Expunge the Lis Pendens.

12        20.     The Motions to Expunge the Lis Pendens were filed on or about February 2008.

13        21.     On or about March 18, 2008, in response to the Motion to Expunge FISCHER

14   agreed to remove the Lis Pendens in exchange for ASHER'S withdrawal of the Motion to

15   Expunge; ASHER agreed to this proposal.

16        22.     Despite ASHER'S good faith withdrawal of the Motion to Expunge, FISCHER

17   and THE LAW OFFICES OF BARRY FISCHER delayed in removing the Lis Pendens,

18   engaging in three (3) failed attempts to remove the Lis Pendens and taking no less than three (3)

19   months to finally file and record the Removal of Lis Pendens, thereby causing ASHER and

20   COHEN to lose the opportunity to refinance and/or sell the properties.

21        23.     This delay further caused ASHER and COHEN significant financial losses as they

22   lost opportunities to refinance and/or extract a line of credit against the properties due to the

23   ongoing and improperly imposed encumbrance thereon.

24        24.     While FISCHER was purportedly filing the Removals of Lis Pendens, FISCHER

25   realized Petitioner Meir Asher did not have any money to pay the attorney's fees requested in the

26   Dissolution Action. Thus, instead of recording the Removals of Lis Pendens as agreed, and in an

27   effort to justify his improper Notice of Lis Pendens on ASHER and COHEN'S properties,

28   FISCHER and THE LAW OFFICES OF BARRY FISCHER filed a frivolous Motion for Joinder

1  of ILAN ASHER in the Dissolution Action, despite the fact that ILAN ASHER is in no way a

2  party to the Dissolution Action.

3      25.    This is evident in the fact that FISCHER and the LAW OFFICES OF BARRY

4  FISCHER prepared and notarized the Notices of Withdrawal of Notice of Pending Action on or

5  about March 22, 2008, but waited until May 8, 2008 to file and record the same.

6      26.    Despite the subterfuge, the Court in the Dissolution Action denied FISCHER'S

7  improper Motion for Joinder of ILAN ASHER.

8      27.    Throughout the Dissolution Action, including after the denial of the Joinder

9  Motion, FISCHER and THE LAW OFFICES OF BARRY FISCHER continue to invert the

10 caption to serve their purposes and to further confuse the Court.  Counsel for ASHER has

11 repeatedly advised FISCHER and THE LAW OFFICES OF BARRY FISCHER of this error,

12 nonetheless FISCHER and THE LAW OFFICES OF BARRY FISCHER continue to erroneously

13 name Meir Asher as Respondent in the Dissolution Action in an effort to place his client in a

14 more advantageous positions therein.

15     28.    In or about June of 2008, in a continued effort to harass ASHER, and in the face

16 of the court's position that ASHER had no involvement in the Dissolution Action, FISCHER and

17 THE LAW OFFICES OF BARRY FISCHER then served a number of third party entities,

18 including Equity Title Company and Title Resource Group with subpoenas in order to access and

19 obtain documents pertaining to ASHER and/or the properties owned by ASHER and/or ASHER

20 and COHEN.

21     29.    FISCHER and THE LAW OFFICEDS OF BARRY FISCHER also unilaterally

22 named ILAN ASHER the Custodian of Records for all third party entities subpoenaed.

23     30.    ASHER again was forced to incur significant costs to object to and defend against

24 the subpoenas as well as the equally trivial Motions to Compel filed in or about July 2008 (and to

25 be heard in or about August 25, 2008) by FISHER and THE LAW OFFICES OF BARRY

26 FISCHER which were consequently withdrawn by Defendants after Plaintiff's counsel, as a

27 matter of courtesy, advised FISCHER of the numerous procedural and substantive errors found

28 therein.

31.    Despite knowing ASHER had no involvement in the Dissolution Action and despite the failed attempts to join ASHER to the Dissolution Action (all of which were denied by that court), FISCHER and THE LAW OFFICES OF BARRY FISCHER were, and have been, relentless in prosecuting ASHER in connection to an action to which he is not a party.

## FIRST CAUSE OF ACTION

### (Slander of Title)

**Against Defendant Fischer, The Law Offices of Barry Fischer, and Does 1 through 20**

32.    Plaintiffs reallege and incorporate by reference each and every allegation contained in Paragraphs 1 through 31 above.

33.    Plaintiffs are, and at all times relevant herein have been, the lawful owners of record of the Subject Properties commonly known as:

a.    145 E. 35th Street, Los Angeles, California, 90011, APN number 5120-006-007;

b.    135 E. 35th Street, Los Angeles, California, 90011, APN number 5120-006-008;

c.    112 E. 35th Street, Los Angeles, California, 90011, APN number 5120-008-005;

d.    3400 S. Main Street, Los Angeles, California, 90007, APN number 5120-006-016;

e.    3500 S. Main Street, Los Angeles, California, 90007, APN number 5120-008-001;

f.    Property with a legal description that cannot be ascertained from public records, but with the APN number of 5120-008-002;

g.    Property with a legal description that cannot be ascertained from public records, but with the APN number of 5120-008-006;

h.    Property with a legal description that cannot be ascertained from public records, but with the APN number of 5120-008-007; and

1        i.      702 N. Crescent Drive, Beverly Hills, California, 90210, APN number

2    4344-003-001.

3        34.    Defendants FISCHER and THE LAW OFFICES OF BARRY FISCHER recorded

4    Notices of Pending Action on each of the foregoing properties.  A true and correct copy of the

5    Notice of Lis Pendens Action for six of the properties referenced above are attached hereto as

6    **EXHIBIT A.**

7        35.    The recorded Notice of Pending Action has clouded the title of each of the

8    Subject Properties such that Plaintiffs' attempts to refinance, obtain a line of credit, and/or sell

9    any of the Subject Properties was thwarted.

10       36.    The Notices of Lis Pendens were invalid and void as (i) FISCHER and THE

11   LAW OFFICES OF BARRY FISCHER failed to meet any of the statutory filing and/or service

12   requirements in connection thereto; (ii) neither Meir Asher nor Sigalit Asher (parties in the

13   Dissolution Action) are, or at the time were, owners of any of the Subject Properties; and (iii)

14   ASHER nor COHEN are, or at the time were, parties to the Dissolution Action.

15       37.    Plaintiff is informed, believes and thereon alleges the recording of the Notices of

16   Lis Pendens was not privileged as Defendants, and each of them, improperly recorded the same

17   as set forth above.

18       38.    The recording of the Notices of Lis Pendens against the Subject Properties by

19   Defendants FISCHER and THE LAW OFFICES OF BARRY FISCHER prevented the sale of

20   the properties located at 3400 South Main Street, 3500 South Main Street, 112 E. 35th Street, 135

21   E. 35th Street, and 145 E. 35th Street, Los Angeles, California.  This was a loss of not less than

22   Twenty Two Million Five Hundred Thousand Dollars ($22,500,000.00).

23       39.    The recording of the Notices of Lis Pendens against the Subject Properties by

24   Defendants FISCHER and THE LAW OFFICES OF BARRY FISCHER further prevented the

25   refinance of, and/or the ability to obtain a line of credit against, the properties located at 3400

26   South Main Street, 3500 South Main Street, 112 E. 35th Street, 135 E. 35th Street, and 145 E. 35th

27   Street, Los Angeles, California approximately Twenty Million Dollars ($20,000,000.00).

28   ///

40.    The recording of the Notices of Lis Pendens against the Subject Properties by Defendants FISCHER and THE LAW OFFICES OF BARRY FISCHER has caused Plaintiffs injury as set forth herein.

41.    As a proximate result of the conduct of Defendants FISCHER and THE LAW OFFICES OF BARRY FISCHER, and each of them, Plaintiffs' legal title to their Subject Properties were clouded and encumbered without their actual knowledge or authorization causing Plaintiffs damage in an amount to be proven at trial, but no less than Twenty Five Million Dollars ($25,000,000.00).

42.    The aforementioned unprivileged recording of the Deed of Trust was undertaken in order to further Defendants FISCHER and THE LAW OFFICES OF BARRY FISCHER's intent to maliciously, oppressively, recklessly and wantonly disregard Plaintiffs' rights and encumber Plaintiffs' Property in order to leverage settlement in the Dissolution Action to which neither Plaintiff is, or at all times relevant was, a party.  Accordingly, Plaintiffs are entitled to recover compensatory and punitive damages, as well as costs of suit, including attorney's fees, in a sum according to proof.

## SECOND CAUSE OF ACTION

### (Abuse Of Process)

**By Plaintiff Ilan Asher Against Defendant Fischer, The Law Offices of**

**Barry Fischer, and Does 1 through 20**

43.    Plaintiffs reallege and incorporate by reference each and every allegation contained in Paragraphs 1 through 42 above.

44.    Defendants FISCHER and THE LAW OFFICES OF BARRY FISCHER misused the court process by:

a.    Improperly filing nine (9) Notices of Lis Pendens against Plaintiffs' Subject Properties without just cause;

b.    Failing to meet the statutory requirements for filing and serving the Notices of Lis Pendens upon Plaintiffs, the true and legal owners of the Subject Properties;

1          c.      The ongoing, unilateral, alteration of the caption in all pleadings filed with

2 the Court in the Dissolution Action to include ASHER as an "aka" alias of Meir Asher. (*See*

3 Exhibit A);

4          d.      The filing of a Motion for Joinder of ILAN ASHER without justification

5 and for the sole purpose of justifying the Notice of Lis Pendens filed against the Subject

6 Properties;

7          e.      Serving the various third party, non-party subpoenas to business entities

8 owned by ASHER, to banking institutions requesting ASHER's personal banking information,

9 improperly naming FISCHER as the Deposition Officer, naming ASHER as the Custodian of

10 Records, and seeking to obtain information in connection with ASHER, a non-party, despite the

11 denial of the aforementioned Motion for Joinder;

12          f.      Filing and serving the trivial Motions to Compel filed in or about July

13 2008 (and to be heard in or about August 25, 2008) which were subsequently withdrawn;

14    45.     Defendants FISCHER and THE LAW OFFICES OF BARRY FISCHER, in so

15 misusing the process in the above-described matter, intended to leverage and coerce settlement

16 from Meir Asher.

17    46.     As a proximate result of the conduct of Defendants FISCHER and THE LAW

18 OFFICES OF BARRY FISCHER, and each of them, Plaintiff ASHER has had no alternative but

19 to retain counsel and incur significant costs, to be proven at trial, in objecting to and defending

20 against the improper, frivolous, and meritless Notices of Lis Pendens, Motion for Joinder, and

21 other attempts to improperly join ASHER to the Dissolution Action.

22    47.     At all times relevant herein, Defendants FISCHER and THE LAW OFFICES OF

23 BARRY FISCHER's willfully, oppressively, recklessly and wantonly disregarded Plaintiff

24 ASHER's rights and for an improper and malicious motives engaged in the abuse of process as

25 detailed herein above for the purpose of leveraging settlement in the Dissolution Action to which

26 Plaintiff is not, nor at all times relevant has been, a party. Accordingly, Plaintiff ASHER is

27 entitled to recover compensatory and punitive damages, as well as costs of suit, including

28 attorney's fees, in a sum according to proof.

1

## PRAYER FOR RELIEF

2        WHEREFORE, Plaintiffs demand judgment against Defendants FISCHER and THE

3   LAW OFFICES OF BARRY FISCHER, and each of them, as follows:

4                        **FIRST CAUSE OF ACTION:**

5            1.        For compensatory and consequential damages according to proof but in an

6   amount no less than $25,000,000.00 plus interest at the legal rate thereon;

7            2.        For exemplary and punitive damages according to proof;

8            3.        For attorney's fees and costs of suit herein; and

9            4.        For such other and further relief as this Court deems just and proper.

10                       **SECOND CAUSE OF ACTION:**

11           1.        For compensatory and consequential damages according to proof but in an

12  amount no less than $25,000,000.00 plus interest at the legal rate thereon;

13           2.        For exemplary and punitive damages according to proof;

14           3.        For attorney's fees and costs of suit herein; and

15           4.        For such other and further relief as this Court deems just and proper.

16

17  DATED: January 13, 2010                **BEITCHMAN & ZEKIAN, P.C.**

18

19

20

21                                        David P. Beitchman,
                                          Attorneys for Plaintiff
22

23

24

25

26

27

28

**EXHIBIT A**

NOV-09-2007 FRI 03:43 PM                    FAX NO.                              P. 18

1   Barry Fischer, Esq. State Bar No. 122412
    **LAW OFFICES OF BARRY FISCHER**
2   1925 Century Park East, Suite 500
    Los Angeles, California 90067
3   Telephone  (310) 788-0900
    Facsimile: (310) 788-0770
4
5   Attorneys for Petitioner,
    Sigal Cohen
6
7
8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
9           FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT
10
    Sigal Cohen,                          )   Case No. BD 453602
11                                        )
                    Petitioner,           )   PETITIONER'S NOTICE OF LIS
12                                        )   PENDENS ACTION
13    and                                 )
                                          )
14  Meir Asher, a.k.a Ilan Asher Meir,    )
15                                        )
                                          )
16                  Respondent            )
17
18
19
20  Recording Requested By      Barry Fischer, Attorney For Petitioner
21
    When Recorded Mail To:       Sigal Cohen
22                               C/O LAW OFFICE OF BARRY FISCHER
                                 1925 Century Park East, Suite 500
23                               Los Angeles, CA 90067
24
25
26
27                                               06 2352851
28

                                    19
            PETITIONER'S NOTICE OF LIS PENDENS ACTION

TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD

NOTICE IS HEREBY GIVEN that Petitioner is requesting the Lis Pendens to be filed in the above captioned court by, Sigal Cohen, Petitioner, against, Meir Ashser, a.k.a Ilan Asher, respondent

The Notice of Lis Pendens affecting certain real property that is situated in Los Angeles County at the physical address of:

112 E. 35th Street, Los Angeles, CA 90011, and that is described as follows:

*Please see Exhibit "A," parcel 6, incorporated herein by this reference*

Assessor's Parcel Number  5120-008-008-006

Dated: October 18, 2006                     Respectfully Submitted,

                                            By _____
                                            Barry Macher
                                            Attorney for Petitioner

                                            06 2352851

                    20
            PETITIONER'S NOTICE OF LIS PENDENS ACTION

NOV-09-2007 FRI 03:43 PM                    FAX NO.                    P. 19

6

## ACKNOWLEDGMENT

State of California, County of Los Angeles

On October 1̲9̲ , 2006, before me ___Haren Wah___, personally appeared

BARRY FISCHER[ proved to me on the basis of satisfactory evidence] to be

the person whose name is subscribed to the within instrument and acknowledged to me that he

executed the same in his authorized capacity, and that by his signature on the instrument the

person, or the entity on behalf of which the person acted, executed the instrument

WITNESS My Hand and Official Seal

Signature _____

Name of Office: _____

HAREN WAH
Commission # 1410151
Notary Public - California
Los Angeles County
My Comm. Expires Apr 8, 2007

06 2352851

27

Description: Los Angeles,CA Document-Year.DocID 2006.2352851 Page: 6 of 6
Order: 191-DT    Comment:

NOV-09-2007 FRI 03:43 PM                    FAX NO.                        P. 18

Exhibit "A"

Parcel 6

LOTS 7 IN BLOCK "B" OF POTTER'S WOODLAWN, IN THE CITY OF LOS ANGELES,
COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP
RECORDED IN BOOK 60 PAGE(S) 9, OF MISCELLANEOUS RECORDS, IN THE OFFICE OF
THE COUNTY RECORDER OF SAID COUNTY

06 2352851

NOV-08-07  10:31   FROM-                                    T-426  P.011/042  F-596



3

Barry Fischer, Esq. State Bar No. 122412
**LAW OFFICES OF BARRY FISCHER**
1925 Century Park East, Suite 500
Los Angeles, California 90067
Telephone· (310) 788-0900
Facsimile. (310) 788-0770

Attorneys for Petitioner,
Sigal Cohen

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| Sigal Cohen, | ) Case No. BD 453602 |
| Petitioner, | ) |
| and | ) **PETITIONER'S NOTICE OF LIS** PENDENS ACTION |
| Meir Ashor, a.k.a Ilan Asher Meir, | ) |
| Respondent | ) |

Recording Requested By   Barry Fischer, Attorney For Petitioner.

When Recorded Mail To:   Sigal Cohen
C/O LAW OFFICE OF BARRY FISCHER
1925 Century Park East, Suite 500
Los Angeles, CA 90067

/// 
///
///
///
///
///
///

06 2352848

13
**PETITIONER'S NOTICE OF LIS PENDENS ACTION**

NOV. 8. 2007  1:48PM        TSF LLC                                   NO. 9381   P. 8

1  TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD,

2     NOTICE IS HEREBY GIVEN that Petitioner is requesting the Lis Pendens to be filed in the

3  above captioned court by, Sigal Cohen, Petitioner, against, Meir Ashser, a.k.a Ilan Asher,

4  respondent.

5     The Notice of Lis Pendens affecting certain real property that is situated in Los Angeles

6  County at the physical address of.

7  3400 S. Main Street, Los Angeles, CA 90007, and that is described as follows:

8

9  *Please see Exhibit "A," parcel 3, incorporated herein by this reference*

10

11  Assessor's Parcel Number: 5120-006-016

12

13  Dated October _18_, 2006                     Respectfully Submitted,

14

15

16                                      By _____
17                                      Barry Fischer
                                        Attorney For Petitioner
18

19

20

21

22

23

24

25                                            06 2352848
26

27

28

T-428   P.013/042   F-698

Exhibit "A"

Parcel 3

LOTS 40 AND 41 OF BLOCK "A" OF POTTER'S WOODLAWN, IN THE CITY OF
LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP
RECORDED IN BOOK 60 PAGE(S) 9, OF MISCELLANEOUS RECORDS, IN THE OFFICE OF
THE COUNTY RECORDER OF SAID COUNTY

06 2352848

T-426   P.014/042   F-599

NOV-08-07   10:31   FROM-

6

# ACKNOWLEDGMENT

State of California, County of Los Angeles:

On October 18 , 2006, before me ___Howard Wali___, personally appeared

BARRY FISCHER[ proved to me on the basis of satisfactory evidence] to be

the person whose name is subscribed to the within instrument and acknowledged to me that he

executed the same in his authorized capacity, and that by his signature on the instrument the

person, or the entity on behalf of which the person acted, executed the instrument

WITNESS My Hand and Official Seal

Signature _____

Name of Office: _____

HAMED WALI
Commission # 1410131
Notary Public - California
Los Angeles County
My Comm. Expires Apr 8, 2007

06 2352848

Order: Non-Order Search  Doc: LA:2006 02352848

NOV. 8, 2007 1:53PM   TSF LLC   NO.9382  P. 17



3

1  Barry Fischer, Esq. State Bar No. 122412
   **LAW OFFICES OF BARRY FISCHER**
2  1925 Century Park East, Suite 500
   Los Angeles, California 90067
3  Telephone. (310) 788-0900                          06  2352850
   Facsimile. (310) 788-0770
4
5  Attorneys for Petitioner,
   Sigal Cohen
6
7
8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
9            **FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT**
10
   Sigal Cohen,                          )    Case No  BD 453602
11                                        )
                                          )
12              Petitioner,               )    PETITIONER'S NOTICE OF LIS
                                          )    PENDENS ACTION
13        and                             )
                                          )
14                                        )
   Meir Asher, a.k.a Ilan Asher Meir,     )
15                                        )
                                          )
16              Respondent.               )
17
18
19
20  Recording Requested By:       Barry Fischer, Attorney For Petitioner
21
    When Recorded Mail To.        Sigal Cohen
22                                C/O LAW OFFICE OF BARRY FISCHER
                                  1925 Century Park East, Suite 500
23                                Los Angeles, CA 90067
24  ///
    ///
25  ///
    ///
26  ///
    ///
27  ///
    ///
28  ///
_____
                              17
                 PETITIONER'S NOTICE OF LIS PENDENS ACTION

4

TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD

NOTICE IS HEREBY GIVEN that Petitioner is requesting the Lis Pendens to be filed in the

above captioned court by, Sigal Cohen, Petitioner, against, Meir Ashser, a.k.a Ilan Asher,

respondent.

The Notice of Lis Pendens affecting certain real property that is situated in Los Angeles

County at the physical address of:

*Please see Exhibit "A," parcel 5, incorporated herein by this reference*

Assessor's Parcel Number: 5120-008-002

Dated  October 18, 2006                    Respectfully Submitted,

                                           By _____
                                           Barry Fischer
                                           Attorney For Petitioner

06 2352850

16
PETITIONER'S NOTICE OF LIS PENDENS ACTION

5

Exhibit "A"

Parcel 5

LOTS 8 IN BLOCK "B" OF POTTER'S WOODLAWN, BEING A PORTION OF LOTS 2 AND 7 IN
BLOCK 3 OF HANCOCK'S SURVEY, IN THE CITY OF LOS ANGELES, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA AS PER MAP
RECORDED IN BOOK 60 PAGE(S) 9, OF MISCELLANEOUS RECORDS, IN THE OFFICE OF
THE COUNTY RECORDER OF SAID COUNTY

06 2352850

NOV-09-2007 FRI 03:42 PM                      FAX NO.                          P. 13

6

## ACKNOWLEDGMENT

State of California, County of Los Angeles

On October 18, 2006, before me ___Hared Wali___, personally appeared BARRY FISCHER[ proved to me on the basis of satisfactory evidence] to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument

WITNESS My Hand and Official Seal

Signature. _____

Name of Office _____

06 2352850

PETITIONER'S NOTICE OF LIS PENDENS ACTION

Description: Los Angeles,CA Document-Year.DocID 2006.2352850 Page: 6 of 6
Order:       Comment: 2



3

1  Barry Fischer, Esq. State Bar No 122412
   **LAW OFFICES OF BARRY FISCHER**
2  1925 Century Park East, Suite 500
   Los Angeles, California 90067
3  Telephone   (310) 788-0900
   Facsimile: (310) 788-0770
4
5  Attorneys for Petitioner,
   Sigal Cohen
6
7
8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
9        **FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT**
10
   Sigal Cohen,                          )   Case No. BD 453602
11                                        )
                                          )
12            Petitioner,                 )   **PETITIONER'S NOTICE OF LIS**
                                          )   **PENDENS ACTION**
13      and                               )
                                          )
14                                        )
   Meir Asher, a k.a Ilan Asher Meir,     )
15                                        )
                                          )
16            Respondent.                 )
                                          )
17
18
19
20  Recording Requested By:      Barry Fischer, Attorney For Petitioner

21  When Recorded Mail To        Sigal Cohen
22                               C/O LAW OFFICE OF BARRY FISCHER
                                 1925 Century Park East, Suite 500
23                               Los Angeles, CA 90067

24  ///
25  ///
    ///
26  ///
    ///
27  ///                                  06  2352852
    ///
28  ///

                              21
              PETITIONER'S NOTICE OF LIS PENDENS ACTION

NOV-08-07   10:34   FROM-

4

1
2  TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:
3     NOTICE IS HEREBY GIVEN that Petitioner is requesting the Lis Pendens to be filed in the
4  above captioned court by, Sigal Cohen, Petitioner, against, Meir Ashser, a.k.a Ilan Asher,
5  respondent
6     The Notice of Lis Pendens affecting certain real property that is situated in Los Angeles
7  County at the physical address of:

8
9  *Please see Exhibit "A," parcel 7, incorporated herein by this reference*

10
11  Assessor's Parcel Number  5120-008-006

12
13  Dated: October 18, 2006          Respectfully Submitted,
14
15
16                                   By
      Barry Fischer
17                                   Attorney For Petitioner
18
19
20
21
22
23
24
25
26
27                        06 2352852
28

22
PETITIONER'S NOTICE OF LIS PENDENS ACTION

Order: Non-Order Search  Doc: LA:2006 02352852    Page 4 of 6    Created By: pplrante  Printed: 11/8/2007 9:55:09 AM PST

NOV-08-07   10:34   FROM-

5

# ACKNOWLEDGMENT

State of California, County of Los Angeles:

On October 18, 2006, before me ____Hams Wali____, personally appeared

BARRY FISCHER[ proved to me on the basis of satisfactory evidence] to be

the person whose name is subscribed to the within instrument and acknowledged to me that he

executed the same in his authorized capacity, and that by his signature on the instrument the

person, or the entity on behalf of which the person acted, executed the instrument

WITNESS My Hand and Official Seal

Signature. _____

Name of Office _____

HAMED WALI
Commission # 1410131
Notary Public - California
Los Angeles County
My Comm. Expires Apr 8, 2007

06 2352852

27

PETITIONER'S NOTICE OF LIS PENDENS ACTION

Exhibit "A"

Parcel 7

LOTS 35, 36 AND 37 IN BLOCK "A" OF POTTER'S WOODLAWN, IN THE CITY OF LOS
ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP
RECORDED IN BOOK 60 PAGE(S) 9, OF MISCELLANEOUS RECORDS, IN THE OFFICE OF
THE COUNTY RECORDER OF SAID COUNTY

06  2352852

NOV-09-2007 FRI 03:42 PM                              FAX NO.                            P. 04

2

1  Barry Fischer, Esq  State Bar No  122412
   LAW OFFICES OF BARRY FISCHER
2  1925 Century Park East, Suite 500
   Los Angeles, California 90067
3  Telephone:  (310) 788-0900
   Facsimile:  (310) 788-0770
4

5  Attorneys for Petitioner,
   Sigal Cohen
6

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9        FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

10 Sigal Cohen,                        )   Case No  BD 453602
                                       )
11                                     )
                                       )
12               Petitioner,           )   PETITIONER'S NOTICE OF LIS
                                       )   PENDENS ACTION
13     and                             )
                                       )
14                                     )
   Meir Asher, a k a Ilan Asher Meir,  )
15                                     )
                                       )
16               Respondent.           )

17  ─────────────────────────────

18

19

20  Recording Requested By:     Barry Fischer, Attorney For Petitioner.

21  When Recorded Mail To:      Sigal Cohen
22                              C/O LAW OFFICE OF BARRY FISCHER
                                1925 Century Park East, Suite 500
23                              Los Angeles, CA 90067

24  ///
25  ///
26  ///
27  ///                                    06  2352853
28  ///

                                    21
                    PETITIONER'S NOTICE OF LIS PENDENS ACTION

Description: Los Angeles,CA Document-Year.DocID 2006.2352853 Page: 3 of 6
Order: LG-11-06-07 Comment: 1

NO.9442  P. 4                                    TSF LLC        NOV. 12, 2007 11:58AM

NOV-09-2007 FRI 03:42 PM                    FAX NO.                              P. 05

4

1
2  TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:
3      NOTICE IS HEREBY GIVEN that Petitioner is requesting the Lis Pendens to be filed in the
4  above captioned court by, Sigal Cohen, Petitioner, against, Meir Ashser, a.k.a Ilan Asher,
5  respondent.
6      The Notice of Lis Pendens affecting certain real property that is situated in Los Angeles
7  County at the physical address of:
8
9  *Please see Exhibit "A," parcel 8, incorporated herein by this reference*
10
11  Assessor's Parcel Number: 5120-008-007
12
13  Dated October _18_, 2006              Respectfully Submitted,
14
15
16                                        By_____
17                                        Barry Fischer
                                          Attorney For Petitioner
18
19
20
21
22
23
24
25
26                                        06 2352853
27
28

                              24
          PETITIONER'S NOTICE OF LIS PENDENS ACTION

NOV-09-2007 FRI 03:42 PM                                    FAX NO.                                    P. 06

9

ACKNOWLEDGMENT

State of California, County of Los Angeles

On October 18 , 2006, before me _Hamed Wali_ , personally appeared

BARRY FISCHER[ proved to me on the basis of satisfactory evidence] to be

the person whose name is subscribed to the within instrument and acknowledged to me that he

executed the same in his authorized capacity, and that by his signature on the instrument the

person, or the entity on behalf of which the person acted, executed the instrument.

WITNESS My Hand and Official Seal

Signature _____

Name of Office _____

06 2352853

Description: Los Angeles,CA Document-Year.DocID 2006.2352853 Page: 5 of 6
Order: LG-11-09-2007 02-32-42 PM Comment: 1

Exhibit "A"

Parcel 8

LOTS 1, 2, AND 6, IN BLOCK "B" OF POTTER'S WOODLAWN, IN THE CITY OF
LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP
RECORDED IN BOOK 60 PAGE(S) 9, OF MISCELLANEOUS RECORDS, IN THE OFFICE OF
THE COUNTY RECORDER OF SAID COUNTY

06 2352853

3

1  Barry Fischer, Esq. State Bar No. 122412
   **LAW OFFICES OF BARRY FISCHER**
2  1925 Century Park East, Suite 500
   Los Angeles, California 90067
3  Telephone  (310) 788-0900
   Facsimile  (310) 788-0770
4

5  Attorneys for Petitioner,
   Sigal Cohen
6

7

8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9       **FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

10 Sigal Cohen,                      )   Case No. BD 453602
                                     )
11                                   )
                                     )
12          Petitioner,              )   **PETITIONER'S NOTICE OF LIS**
                                     )   **PENDENS ACTION**
13     and                           )
                                     )
14                                   )
   Meir Asher, a.k.a Ilan Asher Meir,)
15                                   )
                                     )
16          Respondent               )

17

18

19

20

21 Recording Requested By    Barry Fischer, Attorney For Petitioner

22 When Recorded Mail To     Sigal Cohen
                             C/O LAW OFFICE OF BARRY FISCHER
23                           1925 Century Park East, Suite 500
                             Los Angeles, CA 90067
24

25 ///
26 ///
27 ///                           06 2352845
28 ///

_____
                    PETITIONER'S NOTICE OF LIS PENDENS ACTION

NOV-08-07    10:30    FROM-                                    T-426   P.006   F-508

1  TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:

2      NOTICE IS HEREBY GIVEN that Petitioner is requesting the Lis Pendens to be filed in the

3  above-captioned court by, Sigal Cohen, Petitioner, against, Meir Ashser, a.k.a Ilan Asher,

4  respondent

5      The Notice of Lis Pendens affecting certain real property that is situated in Los Angeles

6  County at the physical address of:

7  702 N. Crescent Drive, Beverly Hills, CA  and that is described as follows:

8

9  *Lot 1 in Block 65 of Beverly Hills, in the City of Beverly Hills, County of Los Angeles, State of*

10  *California, as per Map recorded in Book 11, pages 186 and 187 of Maps, in the Office of the*

11  *County Recorders of said County.*

12

13  Assessor's Parcel Number. 4344-003-001

14

15  Dated  October  _18_, 2006                    Respectfully Submitted,

16

17

18                                         By

19                                         Barry Fischer
                                           Attorney for Petitioner
20

21

22

23

24

25

26

27                                      OR 2352845

28

                        PETITIONER'S NOTICE OF LIS PENDENS ACTION

NOV-08-07  10:31    FROM-                                    T-426   P.007   F-598

## ACKNOWLEDGMENT

State of California, County of Los Angeles.

On October 18, 2006, before me _Haned Wali_, personally appeared
BARRY FISCHER[ proved to me on the basis of satisfactory evidence] to be
the person whose name is subscribed to the within instrument and acknowledged to me that he
executed the same in his authorized capacity, and that by his signature on the instrument the
person, or the entity on behalf of which the person acted, executed the instrument

WITNESS My Hand and Official Seal

Signature. _____

Name of Office

06 2352845

PETITIONER'S NOTICE OF LIS PENDENS ACTION

Order: Non-Order Search  Doc: LA:2006 02352845      Page 5 of 5      Created By: ppirante  Printed: 11/8/2007 9:28:55 AM PST

NOV. 8. 2007  1:51PM    TSF LLC                                    NO. 9382   P. 5

# EXHIBIT B

1  Barry Fischer, Esq. California State Bar # 122412
   **LAW OFFICES OF BARRY FISCHER**
2  9454 Wilshire Blvd.,  Suite 805
   Beverly Hills, CA 90212
3  Tel: 310-788-0900
   Fax: 310-7880770
4

5  Attorney for Barry Fischer

6

7

8                    **SUPERIOR COURT OF CALIFORNIA**

                  **FOR THE COUNTY OF LOS ANGELES**
9

10  ILAN ASHER ET AL                    )    **CASE NO.:** BC 430464
                                        )
11                                      )    NOTICE OF AUTOMATIC
                Plaintiff,              )    BANKRUPTCY STAY PURSUANT TO
12                                      )    USCS § 362
                                        )
13        vs.                           )
                                        )
    BARRY FISCHER, ET AL                )    Case Managment Date 8/3/2010
14                                      )    Dept. 37
                                        )    Time: 8:30 a.m
15              Defendant.              )
                                        )
16                                      )
                                        )
17  _____ )

18  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

19

20        Please take notice that the above entitled action is automatically stayed pursuant to USCS § 362.

21  Parties are further requested to take notice of Chapter 7 Bankruptcy case filed on October 14, 2005 in

22  the Central District of California, In re: Barry Fischer, Debtor, Case No. LA 05-47011.

23

24  Dated: July 21, 2010                        LAW OFFICES OF BARRY FISCHER

25

26

27                                              Barry Fischer, Esq.

28

_____

                                  1
      NOTICE OF AUTOMATIC BANKRUPTCY STAY PURSUANT TO  USCS § 362

PROOF OF SERVICE - 1013a, 2015.5 C.C.P.

STATE OF CALIFORNIA,            )
COUNTY OF LOS ANGELES           )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years of age and not a party to the within action. My business address is 9454 Wilshire blvd., suite 805, Beverly Hills, CA 90212.

On July 21, 2010, I served the following document(s):

NOTICE OF AUTOMATIC BANKRUPTCY STAY PURSUANT TO USCS § 362

<u>XXX</u>    (BY MAIL)  By placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail addressed as set forth below:

____    (BY PERSONAL SERVICE)  By personally serving a copy thereof to the person(s) set forth below:

____    (BY FACSIMILE) By serving a copy thereof on the interested parties in this action pursuant to CRC Rule 2009(b). The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The fax numbers that I used are set forth below:

____    (BY E-MAIL) By serving a copy thereof on the interested parties in this action pursuant to a stipulation between the parties. The e-mail address that I used are set forth below:

David Beitchman, Esq.
Beitchman and Zekian
16130 Ventura Blvd., Suite 570
Encino, CA 91436

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, CA, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____    (FEDERAL)  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

<u>XXX</u>    (STATE) I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2010, at Beverly Hills, California.

*Amie Rubin*

Amie Rubin, Declarant

PROOF OF SERVICE

# U.S. Party/Case Index

## Bankruptcy Name Search Results

**3 Total Party matches for selection BARRY FISCHER for CALIFORNIA**
Search Complete
Fri Jul 23 16:20:17 2010
Selections 1 through 3 (Page 1)

⬤Download (1 pages $ 0.00)

| | Name | Court | Case No. | Filed | Chapter |
|---|---|---|---|---|---|
| 1 | BARRY FISCHER & ASSOCIATES INC | cacbke | 02-40197 | 10/24/2002 | 7 |
| | BARRY FISCHER & ASSOCIATES INC | | | | |
| 2 | BARRY FISCHER & ASSOCIATES PC | cacbke | 06-01370 | 02/14/2006 | AP |
| | CASE CAPITAL CORPORATION AND FISCHER | | | | |
| 3 | BARRY FISCHER ATTORNEY AT LAW | cacbke | 06-01370 | 02/14/2006 | AP |
| | CASE CAPITAL CORPORATION AND FISCHER | | | | |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 07/23/2010 16:20:17 | | |
| PACER Login: | bz0181 | Client Code: | |
| Description: | Bankruptcy srch pg 1 | Search Criteria: | BARRY FISCHER |
| Billable Pages: | 1 | Cost: | 0.08 |

**U.S. Party/Case Index - Home**
Search: All Court Types | Appellate | Bankruptcy | Civil | Criminal
Reports: Court Code List | Date Range | Courts not on Index | Statistical Reports
User Options: Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

?‽? Help

**2:05-bk-47011-VZ** Barry Fischer

**Case type:** bk **Chapter:** 7 **Asset:** Yes **Vol:** v **Judge:** Vincent P. Zurzolo
**Date filed:** 10/14/2005 **Date of last filing:** 06/29/2010

# Pending Statuses

| Status | Begin Date | Time in Status | # | Status Set By |
|---|---|---|---|---|
| Awaiting 341 Meeting | 10/14/2005 | 1743 days | 1 | ❍ Voluntary Petition (Chapter 7) |

Click here to view terminated Statuses.

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 07/23/2010 14:24:07 | | |
| PACER Login: | bz0181 | Client Code: | |
| Description: | Status | Search Criteria: | 2:05-bk-47011-VZ |
| Billable Pages: | 1 | Cost: | 0.08 |

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 7 of 51*    **F 4001-1M.NA**

| In re<br>Barry Fischer | (SHORT TITLE) | CHAPTER:  7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:05-bk-47011-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16130 Ventura Blvd., Suite 570. Encino, CA 91436

A true and correct copy of the foregoing document described as <u>Notice of Motion and Motion for Relief From the</u> <u>Automatic Stay Under U.S.C. § 362 (Action in Non-Bankruptcy Forum)</u>        will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 9/20/10            I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

jfaith@goodmanfaith.com; trusteestahl@earthlink.net; ecfcacb@pitedduncan.com; nglowin@wrightlegal.net; ljones@wgllp.com; jhayes@polarisnet.net; bmoldo@ecjlaw.com; notices@becket-lee.com; bknotice@mccarthyholthus.com; zamora3@aol.com; mlr@dgdk.com

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>** (indicate method for each person or entity served):
On 9/20/10            I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on            I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/20/10 | Sylvia Depelyan | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                 **F 4001-1M.NA**

| In re: | | CHAPTER: 7 |
|---|---|---|
| Barry Fischer | | CASE NUMBER: 2:05-bk-47011-VZ |
| | Debtor(s). | |

## <u>ADDITIONAL SERVICE INFORMATION (Section II)</u>

**Honorable Vincent P. Zurzolo**
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

**Chicago Title Insurance Co**
Attn: Wayne Fong, Esq
17911 Von Karman Ste 300
Irvine, CA 92614

**Barry Fischer**
1925 Century Park East Ste 500
Los Angeles, CA 90067

**Frank F McGinn**
Bartlett Hackett Feinberg
155 Federal Street 9th Floor
Boston, MA 02110

**Option One Mortgage Corporation, its successors and/or assigns**
C/O Pite, Duncan & Melmet, LLP
525 E Main St
POB 12289
El Cajon, Ca 92022-2289

**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

**Zamora & Hoffmeier**
444 S Flower St #1550
Los Angeles, CA 90071